# EXHIBIT A

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:20-cv-01992-CEM-LRH

RICHARD HALL,

     Plaintiff,

v.

INSURANCE CORPORATION OF
BRITISH COLUMBIA,

     Defendant.

_____/

## DECLARATION OF RICHARD HALL

1.     My name is Richard Hall and I am the Plaintiff in the above styled matter. All of the statements herein are made pursuant to my own personal knowledge.

2.     In 1996, I immigrated to Orlando, Florida from London, United Kingdom to pursue professional golf with the David Leadbetter Golf Academy. David Leadbetter was widely regarded as one of the best professional golf coaches, and he had agreed to train me personally.

3.     My longstanding relationship with David Leadbetter allowed me to obtain U.S. residency, as well as a Canadian visa to launch my company Global Organic Partners which aimed to reduce the negative health effects of pesticide use.

4.     On November 10, 2003, I was involved in a major car accident in British Columbia wherein a truck insured by the Insurance Company of British Columbia ("ICBC") rear-ended my stationary S-Class Mercedes-Benz sedan.

5.     The Mayo clinic diagnosed me with having suffered a "traumatic brain injury" as a result of that accident, and my U.S-based insurer, Allstate Insurance Company ("Allstate"), declared my vehicle a total loss, prompting me to file an insurance claim with ICBC.

6.     I recently learned that almost immediately after the accident, an ICBC insurance adjustor named Joanne Nelson began disseminating false and misleading information and making disparaging comments about me to Allstate which ultimately led to Allstate denying my insurance coverage claim in relation to my serious head injury. I only discovered the full extent of ICBC's interference pursuant to ICBC's production of heavily redacted documents in response to a freedom of information ("FOI") request in British Columbia. For example, I recently became aware of a fax that Joanne Nelson twice sent to Allstate in the United States in December 2003 misrepresented the seriousness of the Accident and falsely claimed that *"[o]ur investigation indicates this is a minor*

*accident and damages are minimal."* The fax also suggests that I was attempting to "double-dip" medical benefits from both Allstate and ICBC, which was also false. A copy of this fax is attached here as "Exhibit A."

7.      ICBC also hired a private investigator named Kenneth Carter to investigate my insurance claim.

8.      Kenneth Carter made several alarming calls to my business contacts in the United States. In August 2004, Mr. Carter made a call to the David Leadbetter Golf Academy headquartered in Orlando, Florida. Mr. Carter aggressively questioned David Leadbetter (and his executive assistant, Darin Tennyson) and disparaged me – thereby injuring my relationship with Mr. Leadbetter, who had personally agreed to train me very regularly (once every 4 to 6 weeks). Given Mr. Leadbetter's position as the most successful teacher in the world of golf, this was critically important to me and something I had worked very hard for many years to achieve.

9.      At the time, despite my brain injury, my goal remained to pursue a successful professional golfing career on the PGA Tour. The continued strength of my relationship with Mr. Leadbetter was my most realistic prospect of reaching my goal of the PGA Tour. Yet, after Carter called Mr. Leadbetter, I felt our relationship cooled and became much more distant for a number of years. Equally importantly, it made me very concerned about what else ICBC and its investigator would do to damage my other important relationships in the United States.

10.     In September 2004, there was a break-in at the house I was renting in British Columbia. A forensic examination performed at my request in November/December 2004 indicated that my laptop computer was accessed and tampered with during the break-in. Only many years later were we able to confirm from two computer forensic experts and their affidavits that the computer hack tied back to ICBC and that my e mail system had been accessed and / or copied or removed in the hack.

11.     On January 1, 2005, I received an auto-reply, out of office "bounce-back" email from the Florida-based PGA Tour from what looked like a possible PGA Tour email address. However, I had never emailed the PGA Tour. On June 13, 2015, I first learned that the PGA Tour out of office auto-reply email was authentic and from a PGA Tour employee named Grace Jackson – confirming that my email was hacked.

12.     There is also evidence that ICBC utilized information from a hacking to place a false newspaper ad with a USA e mail address directed towards me in Canada referencing the phrase "Beethoven unfinished." The phrase "Beethoven unfinished" is a unique phrase, not used colloquially, that has a particular meaning to me. I very rarely if ever mentioned this phrase to anyone. However, it is my strongest recollection that I intentionally did so with one of my golf investors. I remember this because I believe I had purposefully used the phrase "Beethoven unfinished" in email correspondence with that individual and was deeply unnerved by the inclusion of the phrase in the ad.

13.     In late 2004 or early 2005, I sought expert advice from Control Risk Group ("Control Risk"), a leading crisis management company. Control Risk's then-National Director of Investigations, Elaine Carey, advised me that I had no choice but to go off the grid in an attempt to

safeguard my relationships in the United States and what remained of my life from further interference by ICBC and its investigator(s). I followed this advice and went off the grid for a number of years beginning in 2005. This required my effectively starting a new life, in a very different and very, very limited way to become all but invisible by any ordinary measure. I was advised to, and began by not using credit cards and the same with cell phones or later only using cell phones that were not registered in my name. Instead Control Risks initially provided me with a satellite phone that could not be traced back to me, and I had to make sure I had no visible online presence- including not establishing any business websites, and no business social media accounts or any social media account in my name, etc.- which essentially made me feel like a fugitive.

14.     I believe Kenneth Carter also interfered with my relationship with Porsche Cars North America ("PCNA"). In late 2004, after my car accident, Wayne Ayers of "European Specialty Car Services" in British Columbia, utilized his contacts to introduce me to a former President of the Porsche Club in the Pacific Northwest to introduce me to PCNA. PCNA agreed to meet with me at their headquarters in Atlanta, Georgia. After my presentation at their headquarters, PCNA agreed to act as the primary corporate sponsor for Global Organic Partners, allowing me to grow my company and my brand. PCNA abruptly stopped taking my calls in late 2004 and early 2005. When I finally got through to my contact at PCNA months later, he made clear that PCNA was no longer prepared to move forward with the planned sponsorship.  This happened immediately after Carter found out about the Porsche Cars sponsorship deal from Mr. Ayers.

15.     In 2016 I was the victim of further online hackings and phishing attempts – despite keeping a low profile online.  I was still following the guidance from Control Risk and did not maintain a website in my own name or for Global Organic Partners at this time, nor did I publicly (via social media or otherwise) mention or discuss my business activities. Following Control Risk's advice, I also used the pseudonyms "Stefie B" and later "Julian Bond" on Twitter to communicate with friends in an effort to protect myself against future hackings.

16.     Nevertheless, my email account was hacked on July 8/9, 2016, while I was visiting New York. ICBC's records confirm a "cyber investigation" of my activities in a July 11, 2016 entry, just days after my email account had been hacked. The hack occurred the day after I made a negative comment about ICBC in an e mail on July 7, 2016.

17.     Later that month, while I was in California for a business meeting, I received a highly threatening message on my laptop stating: "We Do Not Forgive. We Do Not Forget. Expepect [sic] Us." The hackers encrypted files stored locally on my laptop computer in California which contained key company data, thereby making this data permanently inaccessible to me.

18.     Twitter also altered me of "unusual activity" targeting the Twitter account I held under the pseudonym "Stefie B" in August 2016; and in 2017, I encountered additional and more significant indicators that my emails were being hacked.

19.     On February 4, 2017, I sent a critical tweet referring to ICBC's abhorrent treatment of Ms. Danica Arsenovski. Like the e mail hack in New York in July 2016, the very next day, I received an alert from Twitter informing me "We have detected unusual activity on your account.  For your security, your account has been locked until you change your password."   This was the second time

that I had received such a warning from Twitter; in August 2016, I received a similar alert from Twitter similarly informing me that an uninvited third party had attempted to enter/hack my account.

20.     In February 2018 further signs of hacking occurred. When I was in Texas, as I was drafting an email to a former Federal law enforcement officer I noticed my email was being hacked again.

21.     Over time, ICBC has produced different versions of its claim files to me, both in Canada and now in this pending action. Attached here as "Composite Exhibit B" are copies of these records. The documents in Composite Exhibit B- as attached here- are the same those attached to my complaint as "Composite Exhibit D", save for the inclusion of additional two new pages of records that were produced by ICBC through this litigation and my freedom of information requests. Each of these pages – one from 2007, one from 2015, one from 2016 (which I was only able to review in 2020) and one from 2021- were produced by ICBC and should reflect the exact same entries, all of which are ICBC's internal records as to its actions relating to my claim. However, a comparison of these four pages reflects that entries from November 19, 2003, November 26, 2003, November 28, 2003 and February 4, 2004 – all of which detail ICBC's conduct in investigating my case, (including a reference to its Special Investigations Unit (SIU) who employed Ken Carter (see "RED TAG TO SHELLIE") and a reference to Joanne Nelson)- have been deleted entirely from ICBC's books.

22.     Further, the final page of this exhibit is a side-by-side comparison of the 2007 Record and the 2021 Record that identifies the entries in the 2007 Record (highlighted in red) that have been deleted from the 2021 Record.

### 28 U.S.C. § 1746 Declaration:

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 2, 2021.

By:_____
    Richard Hall

# EXHIBIT A

**EXHIBIT**

**008**



Insurance
Corporation
British
Columbia

25 Dunedin Street
Victoria
British Columbia
V8T 5H7

Telephone
250 480-5743
Facsimile
250 480-5601



## Fax Transmittal

# FAXED

| | DATE | December 1, 2003 | TIME | 09:37 AM |
|---|---|---|---|---|

| TO: | NAME | June Nicholas/Michelle Bell | **Claim: 4285395506** |
|---|---|---|---|
| | OFFICE | Allstate Insurance Company | |
| | FAX | 1-503-603-5970 | PHONE |

| FROM: | NAME | Joanne Nelson | |
|---|---|---|---|
| | OFFICE | Insurance Corporation of British Columbia | **Claim:L373475.6** |
| | FAX | 1-250-480-5601 | PHONE |

THIS IS PAGE ONE OF 2

Further to several conversations with Shellie Fyfe and your Offices, we can confirm that the Insurance Corporation of British Columbia does not Insure Mr. Richard D. Hall's 1986 Sclass Mercury, Plate #XPD574**(please verify whether or not this is the correct Plate #)**. As you are the Insurer of choice, Mr. Hall is obligated to have his vehicle repaired through Allstate.

We understand Mr. Hall is not covered for Rental Coverage through Allstate, while his vehicle is being repaired. As our Insured appears to be responsible for this accident, ICBC may consider reimbursement of any reasonable Rental costs. As you can appreciate, if you do not initiate expeditious repairs, costs will escalate including that of a Rental vehicle. Mr. Hall is obligated to mitigate his loss and we would ask your co-operation in ensuring repairs are completed as soon as reasonably possible.

Could you please provide your Policy particulars, specific to what Mr. Hall is entitled to through Allstate, including but not limited to coverage, injury protection and exclusions.

Cont'd Page 2.....................

The information in this fax is intended only for the use of the person named above. This fax may contain information that is privileged and confidential. If you are not the person this fax is addressed to, then take notice that any use, dissemination, distribution, or copying of this fax is strictly prohibited. If you have received this fax in error, please call us immediately at the above number (collect if necessary) and return this original to us by mail. Thank you.

SYG215 (0499)        IF YOU DO NOT RECEIVE ALL PAGES CLEARLY, PLEASE CALL SENDER AS SOON AS POSSIBLE

ICBC_000731



PAGE   2

Page 2.....................

We can confirm that as Mr. Hall is of the opinion he is entitled to medical coverage through ICBC as well as Allstate, as a result of this Motor Vehicle Accident, we would ask that both your Company and Ours remain on the same page regarding this issue. We are certain both entities do not wish to duplicate payments here. In this regard we would greatly appreciate your co-operation in sharing any Medical documentation (including payments) you may receive from his Practitioner(s). We will of course, consider sharing the costs of same.

Our investigation indicates this is a minor accident and damages were minimal. Could you please therefore, verify the extent of the damages to Mr. Hall's vehicle as a result of this accident, including 2 Repair Estimates and detailed photographs of the damage(s).

We would also ask that you provide us with an updated address, including postal code and phone number as well as a driver's licence # for Mr. Hall, in the United States.

We look forward to hearing from you by return and thank you for your continued co-operation and attempts to conclude this matter as soon as possible.

Yours very truly,

J.E. Nelson

Joanne Nelson
Examiner
Insurance Corporation of British Columbia
425 Dunedin Street
Victoria, B.C.
V8X 4A1

# EXHIBIT B
# *(composite)*

# 2007 Record

00050

```
DATE: 01MAY07      INSURANCE CORPORATION OF BRITISH COLUMBIA        PAGE:  1
PROGRAM: CWI306P                    CLAIM FILE FOLDER

CLAIM    : L373571 4                        TASK STATUS : ALL
INSURED  : DOVE, DONALD A
EXPOSURE A : DOVE, DONALD A
EXPOSURE B : HALL RICHARD DAVID
                                                                      TYPE/
                                                                      EXP
DATE    WORKTYPE   DESCRIPTION/DETAIL
-------------------------------------------------------------------------CMPL
13NOV03 ADMIN      CLAIM REPORTED (CRIS)  063/2758-0 THOMSON, GLENN      A
-------------------------------------------------------------------------NOTE
13NOV03 NOTE       RO REPORTING CA APPT SEE RESOURCE NOTES              A
-------------------------------------------------------------------------NOTE
13NOV03 NOTE       INS SAID TP WAS NOT INJURED AT SCENE AS NEVER MENTIONED ANY  A
                   THING, SAID NO POLICE AND DID NOT KNOW TP VEH TOWED AWAY?
-------------------------------------------------------------------------CMPL
13NOV03 ONLNECLM   CLAIM OPEN            030/0209-6 HUMBER, SHARLENE     A
-------------------------------------------------------------------------CMPL
13NOV03 INCURRED   EXPOSURE OPEN         030/0209-6 HUMBER, SHARLENE  KOL:22 B
-------------------------------------------------------------------------CMPL
17NOV03 INCURRED   EXPOSURE OPEN         030/C398-3 FYFE, SHELLIE    KOL:21 B
-------------------------------------------------------------------------NOTE
19NOV03 NOTE       ESTIMATE WORK ASSIGNMENT REQUEST NOTES               A
                   EST. ACTION   : N/A      STEREO POLICY :
                   LIMITED DEP.  :          REPLACE POLICY:
                   ATD CODE      :          DECL. VALUE   : $0
                   REBUILT       :          LEASED        :
                   GST REGISTRANT: 000      BAY/BOOTH     : #7
                   VEH. LOCATION : DRV
                   NOTES: LVI TO FRONT BUMPER HEADLIGHT. NO ICBC COVERAGE
                   NEW DAMAGE: FRONT END
                   OLD DAMAGE:
-------------------------------------------------------------------------NOTE
19NOV03 NOTE       EST A00: LOADED BY  030/8655-3 WHITEHEAD, LARRY       A
                   EST. ACTION   : N/A      STEREO POLICY :
                   LIMITED DEP.  :          REPLACE POLICY:
                   ATD CODE      :          DECL. VALUE   : $0
                   REBUILT       :          LEASED        :
                   GST REGISTRANT: 000      BAY/BOOTH     : #7
                   VEH. LOCATION : DRV
                   NOTES: LVI TO FRONT BUMPER HEADLIGHT. NO ICBC COVERAGE
                   NEW DAMAGE: FRONT END
                   OLD DAMAGE:
-------------------------------------------------------------------------CMPL
19NOV03 ESTIMATE   EST A00:  19NOV2003 030/8655-3 WHITEHEAD, LARRY       A
                   EST GROSS COST: $1,563.92     EST TIME TO REPAIR:  3 DAYS
-------------------------------------------------------------------------CMPL
19NOV03 REVIEW     SEND LVI TO TPA                                      A
-------------------------------------------------------------------------CMPL
19NOV03                                                                 A
-------------------------------------------------------------------------NOTE
19NOV03 NOTE       CL398 NOT REQUIRED                                   A
-------------------------------------------------------------------------CMPL
26NOV03 TRANSFER   FILE TRANSFER TO    030/C398-3 FYFE, SHELLIE         A
-------------------------------------------------------------------------CMPL
26NOV03 REVIEW     RED TAG TO SHELLIE                                   A
-------------------------------------------------------------------------CMPL
28NOV03 TRANSFER   FILE TRANSFER TO    030/3360-0 NELSON, JOANNE        A
-------------------------------------------------------------------------CMPL
15JAN04 ADMIN      CLAIMS CUSTOMER IDENTIFIED                           B
-------------------------------------------------------------------------CMPL
04FEB04 INCURRED                                                     KOL:21 B
```

s.17-A

# 2015 Record

```
DATE: 2014-05-01                                              PAGE : 1
TIME: 12.16.36        INSURANCE CORPORATION OF BRITISH COLUMBIA
                          CLAIM FILE FOLDER (WITH CONF NOTES)

CLAIM : L373571-4

                                                                    TYP
  DATE    WORKTYPE DESCRIPTION/DETAIL                               EXP
  -------  ----------------------------------------------------------NOTE
  13NOV03 NOTE     RO REPORTING CA APPT SEE RESOURCE NOTES            A
  --------------------------------------------------------------------NOTE
  13NOV03 NOTE     INS SAID TP WAS NOT INJURED AT SCENE AS NEVER MENTIONED ANY  A
                   THING, SAID NO POLICE AND DID NOT KNOW TP VEH TOWED AWAY?
  --------------------------------------------------------------------CMPL
  13NOV03 ONLNECLM CLAIM OPEN          030/0209-6 HUMBER, SHARLENE    A
  --------
  13NOV03
  --------
  17NOV03
  --------
  19NOV03
```

(s.22-A redactions)

```
  19NOV03

  19NOV03

  19NOV03
  --------
  19NOV03
  --------
  26NOV03
  --------
  28NOV03
  --------
  15JAN04
  --------
  6FEB04

  --------
  17FEB04
  --------
```

s.22-A

# 2016 Record

```
DATE: 2014-05-01                                                    PAGE : 1
TIME: 12.16.36        INSURANCE CORPORATION OF BRITISH COLUMBIA
                         CLAIM FILE FOLDER (WITH CONF NOTES)

CLAIM : L373571-4


                                                                      TYP
DATE     WORKTYPE DESCRIPTION/DETAIL                                   EXP
-------- ---------------------------------------------------------------------
------------------------------------------------------------------------NOTE
13NOV03 NOTE      RO REPORTING CA APPT SEE RESOURCE NOTES               A
------------------------------------------------------------------------NOTE
13NOV03 NOTE      INS SAID TP WAS NOT INJURED AT SCENE AS NEVER MENTIONED ANY A
                  THING, SAID NO POLICE AND DID NOT KNOW TP VEH TOWED AWAY?
------------------------------------------------------------------------CMPL
13NOV03 ONLNECLM CLAIM OPEN          030/0209-6 HUMBER, SHARLENE        A
------------------------------------------------------------------------CMPL
13NOV03 INCURRED EXPOSURE OPEN       030/0209-6 HUMBER, SHARLENE  KOL:22 B
------------------------------------------------------------------------CMPL
17NOV03 INCURRED EXPOSURE OPEN       030/C398-3 FYFE, SHELLIE     KOL:21 B
------------------------------------------------------------------------NOTE
19NOV03 NOTE      ESTIMATE WORK ASSIGNMENT REQUEST NOTES                A
                  EST. ACTION   : N/A         STEREO POLICY :
                  LIMITED DEP.  :             REPLACE POLICY:
                  ATD CODE      :             DECL. VALUE  : $0
                  REBUILT       :             LEASED       :
                  GST REGISTRANT: 000         BAY/BOOTH    : #7
                  VEH. LOCATION : DRV
                  NOTES: LVI TO FRONT BUMPER HEADLIGHT. NO ICBC COVERAGE
                  NEW DAMAGE: FRONT END
                  OLD DAMAGE:
------------------------------------------------------------------------NOTE
19NOV03 NOTE      EST A00: LOADED BY 030/8655-3 WHITEHEAD, LARRY        A
                  EST. ACTION   : N/A         STEREO POLICY :
                  LIMITED DEP.  :             REPLACE POLICY:
                  ATD CODE      :             DECL. VALUE  : $0
                  REBUILT       :             LEASED       :
                  GST REGISTRANT: 000         BAY/BOOTH    : #7
                  VEH. LOCATION : DRV
                  NOTES: LVI TO FRONT BUMPER HEADLIGHT. NO ICBC COVERAGE
                  NEW DAMAGE: FRONT END
                  OLD DAMAGE:
------------------------------------------------------------------------CMPL
19NOV03 ESTIMATE EST A00:  19NOV2003 030/8655-3 WHITEHEAD, LARRY        A
                  EST GROSS COST: $1,563.92    EST TIME TO REPAIR:  3 DAYS
------------------------------------------------------------------------CMPL
19NOV03 LETTER   CH281   DOVE DONALD ANTHONY           100%             A
------------------------------------------------------------------------NOTE
19NOV03 NOTE     CL398 NOT REQUIRED                                     A
------------------------------------------------------------------------CMPL
26NOV03 TRANSFER FILE TRANSFER TO    030/C398-3 FYFE, SHELLIE           A
------------------------------------------------------------------------CMPL
28NOV03 TRANSFER FILE TRANSFER TO    030/3360-0 NELSON, JOANNE          A
------------------------------------------------------------------------CMPL
15JAN04 ADMIN    CLAIMS CUSTOMER IDENTIFIED                             B
                                                                      CMPL
 6FEB04
s.17
------------------------------------------------------------------------CMPL
17FEB04 INCURRED EXPOSURE CLOSE      030/3360-0 NELSON, JOANNE    KOL:22 B
------------------------------------------------------------------------CMPL
```

# 2021 Record

```
DATE: 2021-01-04                                              PAGE : 1
TIME: 10.55.50      INSURANCE CORPORATION OF BRITISH COLUMBIA
                        CLAIM FILE FOLDER (WITH CONF NOTES)

CLAIM : L373571-4


                                                                    TYP
                                                                    EXP
DATE    WORKTYPE DESCRIPTION/DETAIL
------- -----------------------------------------------------------------
-----------------------------------------------------------------NOTE
13NOV03 NOTE     RO REPORTING CA APPT SEE RESOURCE NOTES              A
-----------------------------------------------------------------NOTE
13NOV03 NOTE     INS SAID TP WAS NOT INJURED AT SCENE AS NEVER MENTIONED ANY  A
                 THING, SAID NO POLICE AND DID NOT KNOW TP VEH TOWED AWAY?
-----------------------------------------------------------------CMPL
13NOV03 ONLNECLM CLAIM OPEN              030/0209-6 HUMBER, SHARLENE   A
-----------------------------------------------------------------CMPL
13NOV03 INCURRED EXPOSURE OPEN           030/0209-6 HUMBER, SHARLENE  KOL:22 B
-----------------------------------------------------------------CMPL
17NOV03 INCURRED EXPOSURE OPEN           030/C398-3 FYFE, SHELLIE     KOL:21 B
-----------------------------------------------------------------NOTE
19NOV03 NOTE     ESTIMATE WORK ASSIGNMENT REQUEST NOTES               A
                 EST. ACTION  : N/A         STEREO POLICY :
                 LIMITED DEP. :             REPLACE POLICY:
                 ATD CODE     :             DECL. VALUE   : $0
                 REBUILT      :             LEASED        :
                 GST REGISTRANT: 000        BAY/BOOTH     : #7
                 VEH. LOCATION : DRV
                 NOTES: LVI TO FRONT BUMPER HEADLIGHT. NO ICBC COVERAGE
                 NEW DAMAGE: FRONT END
                 OLD DAMAGE:
-----------------------------------------------------------------NOTE
19NOV03 NOTE     EST A00: LOADED BY 030/8655-3 WHITEHEAD, LARRY       A
                 EST. ACTION  : N/A         STEREO POLICY :
                 LIMITED DEP. :             REPLACE POLICY:
                 ATD CODE     :             DECL. VALUE   : $0
                 REBUILT      :             LEASED        :
                 GST REGISTRANT: 000        BAY/BOOTH     : #7
                 VEH. LOCATION : DRV
                 NOTES: LVI TO FRONT BUMPER HEADLIGHT. NO ICBC COVERAGE
                 NEW DAMAGE: FRONT END
                 OLD DAMAGE:
-----------------------------------------------------------------CMPL
19NOV03 ESTIMATE EST A00:  19NOV2003 030/8655-3 WHITEHEAD, LARRY      A
                 EST GROSS COST: $1,563.92     EST TIME TO REPAIR:  3 DAYS
-----------------------------------------------------------------CMPL
19NOV03 LETTER   CH281   DOVE DONALD ANTHONY              100%         A
-----------------------------------------------------------------NOTE
19NOV03 NOTE     CL398 NOT REQUIRED                                   A
-----------------------------------------------------------------CMPL
26NOV03 TRANSFER FILE TRANSFER TO    030/C398-3 FYFE, SHELLIE         A
-----------------------------------------------------------------CMPL
15JAN04 ADMIN    CLAIMS CUSTOMER IDENTIFIED                           B
-----------------------------------------------------------------CMPL
6FEB04  INCURRED CL288     03 1275 RICHARD HALL          $1858.75 LE:9 KOL:21 B
                 REASON: INVESTIGATION/INTERVIEWS
-----------------------------------------------------------------CMPL
17FEB04 INCURRED EXPOSURE CLOSE          030/3360-0 NELSON, JOANNE    KOL:22 B
-----------------------------------------------------------------CMPL
17FEB04 TRANSFER FILE TRANSFER TO    030/9132-4 LINDSAY, BRENDA       A
-----------------------------------------------------------------CMPL
```

# Comparison of 2007 and 2021 Record

**2007 Record (with all entries)**

**2021 Record (missing 2007's red entries)**

## 2007 Record

```
                                                              00050

DATE : 01MAY07    INSURANCE CORPORATION OF BRITISH COLUMBIA    PAGE : 1
PROGRAM: CWI306P              CLAIM FILE FOLDER

CLAIM     : L373571 4                    TASK STATUS : ALL
INSURED   : DOVE, DONALD A
EXPOSURE A : DOVE, DONALD A
EXPOSURE B : HALL, RICHARD DAVID
                                                              TYPE/
DATE    WORKTYPE  DESCRIPTION/DETAIL                           EXP
------------------------------------------------------------  -CMPL
13NOV03 ADMIN    CLAIM REPORTED (CRIS)  063/2358-0 THOMSON, GLENN    A
                                                              -NOTE
13NOV03 NOTE     RO REPORTING CA APPT SEE RESOURCE NOTES            A
                                                              -NOTE
13NOV03 NOTE     INS SAID TP WAS NOT INJURED AT SCENE AS NEVER MENTIONED ANY A
                 THING, SAID NO POLICE AND DID NOT KNOW TP VEH TOWED AWAY?
                                                              -CMPL
13NOV03 ONLNECLM CLAIM OPEN       030/0209-6 HUMBER, SHARLENE       A
                                                              -CMPL
13NOV03 INCURRED EXPOSURE OPEN    030/0209-6 HUMBER, SHARLENE   KOL:22 B
                                                              -CMPL
17NOV03 INCURRED EXPOSURE OPEN    030/C398-3 FYFE, SHELLEE     KOL:21 B
                                                              -NOTE
19NOV03 NOTE     ESTIMATE WORK ASSIGNMENT REQUEST NOTES             A
                 EST. ACTION  : N/A          STEREO POLICY :
                 LIMITED DEP. :              REPLACE POLICY:
                 ATD CODE     :              DECL. VALUE  : $0
                 REBUILT      :              LEASED       :
                 GST REGISTRANT: 000         BAY/BOOTH    : #7
                 VEH. LOCATION : DRV
                 NOTES: LVI TO FRONT BUMPER HEADLIGHT. NO ICBC COVERAGE
                 NEW DAMAGE: FRONT END
                 OLD DAMAGE:
                                                              -NOTE
19NOV03 NOTE     EST A00: LOADED BY 030/8655-3 WHITEHEAD, LARRY     A
                 EST. ACTION  : N/A          STEREO POLICY :
                 LIMITED DEP. :              REPLACE POLICY:
                 ATD CODE     :              DECL. VALUE  : $0
                 REBUILT      :              LEASED       :
                 GST REGISTRANT: 000         BAY/BOOTH    : #7
                 VEH. LOCATION : DRV
                 NOTES: LVI TO FRONT BUMPER HEADLIGHT. NO ICBC COVERAGE
                 NEW DAMAGE: FRONT END
                 OLD DAMAGE:
                                                              -CMPL
19NOV03 ESTIMATE EST A00: 19NOV2003 030/8655-3 WHITEHEAD, LARRY     A
                 EST GROSS COST: $1,563.92    EST TIME TO REPAIR:  3 DAYS
                                                              A
                                                              -CMPL
19NOV03                                                        A
                                                              -NOTE
19NOV03 NOTE     CL398 NOT REQUIRED                            A
                                                              -CMPL
26NOV03 TRANSFER FILE TRANSFER TO    030/C398-3 FYFE, SHELLIE       A
                                                              -CMPL
                                                              A
                                                              -CMPL
                                                              A
15JAN04 ADMIN    CLAIMS CUSTOMER IDENTIFIED                    -CMPL  s.17-A
                                                              KOL:21 B
                                                              000047
```

## 2021 Record

```
DATE : 2021-01-04                                             PAGE : 1
TIME : 10.55.50    INSURANCE CORPORATION OF BRITISH COLUMBIA
                       CLAIM FILE FOLDER (WITH CONF NOTES)

CLAIM : L373571-4

                                                              TYP
DATE    WORKTYPE  DESCRIPTION/DETAIL                           EXP
------------------------------------------------------------  -NOTE
13NOV03 NOTE     RO REPORTING CA APPT SEE RESOURCE NOTES            A
                                                              -NOTE
13NOV03 NOTE     INS SAID TP WAS NOT INJURED AT SCENE AS NEVER MENTIONED ANY  A
                 THING, SAID NO POLICE AND DID NOT KNOW TP VEH TOWED AWAY?
                                                              -CMPL
13NOV03 ONLNECLM CLAIM OPEN       030/0209-6 HUMBER, SHARLENE       A
                                                              -CMPL
13NOV03 INCURRED EXPOSURE OPEN    030/0209-6 HUMBER, SHARLENE   KOL:22 B
                                                              -CMPL
17NOV03 INCURRED EXPOSURE OPEN    030/C398-3 FYFE, SHELLIE     KOL:21 B
                                                              -NOTE
19NOV03 NOTE     ESTIMATE WORK ASSIGNMENT REQUEST NOTES             A
                 EST. ACTION  : N/A          STEREO POLICY :
                 LIMITED DEP. :              REPLACE POLICY:
                 ATD CODE     :              DECL. VALUE  : $0
                 REBUILT      :              LEASED       :
                 GST REGISTRANT: 000         BAY/BOOTH    : #7
                 VEH. LOCATION : DRV
                 NOTES: LVI TO FRONT BUMPER HEADLIGHT. NO ICBC COVERAGE
                 NEW DAMAGE: FRONT END
                 OLD DAMAGE:
                                                              -NOTE
19NOV03 NOTE     EST A00: LOADED BY 030/8655-3 WHITEHEAD, LARRY     A
                 EST. ACTION  : N/A          STEREO POLICY :
                 LIMITED DEP. :              REPLACE POLICY:
                 ATD CODE     :              DECL. VALUE  : $0
                 REBUILT      :              LEASED       :
                 GST REGISTRANT: 000         BAY/BOOTH    : #7
                 VEH. LOCATION : DRV
                 NOTES: LVI TO FRONT BUMPER HEADLIGHT. NO ICBC COVERAGE
                 NEW DAMAGE: FRONT END
                 OLD DAMAGE:
                                                              -CMPL
19NOV03 ESTIMATE EST A00: 19NOV2003 030/8655-3 WHITEHEAD, LARRY     A
                 EST GROSS COST: $1,563.92    EST TIME TO REPAIR:  3 DAYS
                                                              -CMPL
19NOV03 LETTER   CH281  DOVE DONALD ANTHONY             100%        A
                                                              -NOTE
19NOV03 NOTE     CL398 NOT REQUIRED                            A
                                                              -CMPL
26NOV03 TRANSFER FILE TRANSFER TO    030/C398-3 FYFE, SHELLIE       A
                                                              -CMPL
15JAN04 ADMIN    CLAIMS CUSTOMER IDENTIFIED                    B
                                                              -CMPL
6FEB04  INCURRED CL288   03 1275 RICHARD HALL     $1858.75  LE:9 KOL:21 B
                 REASON: INVESTIGATION/INTERVIEWS
                                                              -CMPL
17FEB04 INCURRED EXPOSURE CLOSE   030/3360-0 NELSON, JOANNE   KOL:22 B
                                                              -CMPL
17FEB04 TRANSFER FILE TRANSFER TO    030/9132-4 LINDSAY, BRENDA     A
                                                              -CMPL
```