UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:20-cv-01992-CEM-LRH

RICHARD HALL,

    Plaintiff,

v.

INSURANCE CORPORATION OF
BRITISH COLUMBIA,

    Defendant.

_____/

### UNOPPOSED MOTION FOR WITHDRAWAL OF NIKI NAMAZI

Niki Namazi, formerly with the law firm of Mark Migdal & Hayden, 80 SW 8th Street, Suite 1999, Miami, Florida 33130, moves to withdraw as counsel to Richard Hall ("Plaintiff"), stating:

1. Niki Namazi wishes to withdraw as counsel to Plaintiff.

2. The attorneys at Mark Migdal & Hayden will continue to represent the Plaintiff in this action.

3. Pursuant to Local Rule 2.02 (c) (1) (B) (ii), Plaintiff has been provided with fourteen days' notice.

### LOCAL RULE 3.01 (G) CERTIFICATION

I HEREBY CERTIFY that movant and the opposing party conferred via telephone on February 25, 2022, and that the opposing party had no objections.

1

WHEREFORE, Niki Namazi respectfully request that the Court enter an order permitting Niki Namazi to withdraw as counsel for Plaintiff.

Dated: February 25, 2022.  Respectfully submitted,

>Niki Namazi
>60 East South Temple,
>Salt Lake City, Utah
>84111
>
>By:  s/Niki Namazi
>     Niki Namazi, Esq.
>     Florida Bar No. 1018346
>     niki.namazi@kirkland.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25th day of February, 2022, a true and correct copy of the foregoing was served by electronic transmission through the Court's CM/ECF system upon all counsel of record.

>By:  s/Niki Namazi
>     Niki Namazi