UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:20-cv-01992-CEM-LRH

RICHARD HALL,

     Plaintiff,

v.

INSURANCE CORPORATION OF
BRITISH COLUMBIA,

     Defendant.

_____/

## *UNOPPOSED* MOTION TO WITHDRAW
## AS PLAINTIFF'S COUNSEL OF RECORD

Etan Mark, Esq., Daniel S. Maland, Esq. and the law firm of Mark Migdal & Hayden (collectively, the "Firm"), move pursuant to Local Rule 2.02, to withdraw as attorneys of record for Plaintiff, Richard Hall, and in support state:

1.     The Firm is currently counsel of record for Plaintiff in this matter.

2.     Plaintiff and the Firm agree that the law firm of Greenspoon Marder LLP and James J. McGuire, Esq. and Susana Cristina Garcia, Esq. shall be substituted as counsel of record for Plaintiff, Richard Hall, and that the law firm of Mark Migdal & Hayden and Etan Mark, Esq. and Daniel S. Maland, Esq. shall be relieved of any and all further responsibilities in this action, and all future pleadings, notices, correspondence, documents, etc. in the above-styled action shall be served on James

1

J. McGuire, Esq., Susana Cristina Garcia, Esq. and the law firm of Greenspoon Marder LLP.

3.      Greenspoon Marder LLP has already entered its appearance on behalf of Plaintiff in this matter. D.E. 130.

4.      Separate and apart from this request, Plaintiff has an unopposed request for a continuance pending before this Court.  D.E. 123 and D.E. 124.

5.      The Firm has conferred with counsel for Defendant, ICBC, who has consented to this request.

WHEREFORE, Etan Mark, Esq., Daniel S. Maland, Esq. and Mark Migdal & Hayden respectfully request that this Court enter an order granting this motion and permit Etan Mark, Esq., Daniel S. Maland, Esq. and Mark Migdal & Hayden to withdraw as counsel for Plaintiff, relieving them of any further obligations in connection with the above-captioned matter.

## LOCAL RULE 3.01(G) CERTIFICATION

I HEREBY CERTIFY that the undersigned and counsel for Defendant conferred via electronic mail on August 11, 2022, and Defendant's counsel has confirmed Defendant's consent to the relief sought in this Motion.

## LOCAL RULE 2.02(C)(B)(i) CERTIFICATION

I HEREBY CERTIFY that Plaintiff, Richard Hall, has been aware of the relief sought in this Motion for more than 14-days and consents to the relief sought in this Motion.

Dated: August 11, 2022

Respectfully submitted,

MARK MIGDAL & HAYDEN
80 SW 8th Street, Suite 1999
Miami, Florida 33130
Telephone: 305-374-0440

By: */s/ Etan Mark*
    Etan Mark, Esq.
    Fla. Bar No. 720852
    etan@markmigdal.com
    Daniel Maland, Esq.
    Florida Bar No. 114932
    daniel@markmigdal.com
    eservice@markmigdal.com
    *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of August 2022, a true and correct copy of the foregoing was served by electronic transmission through the Court's CM/ECF system upon all counsel of record.

By:     */s/ Etan Mark*
        Etan Mark