**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

RICHARD HALL,

        Plaintiff,

v.                                                                Case No:   6:20-cv-1992-CEM-LHP

INSURANCE CORPORATION OF
BRITISH COLUMBIA,

        Defendant

---

**ORDER**

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** UNOPPOSED MOTION OF PLAINTIFF RICHARD HALL TO BE GRANTED ACCESS TO USE THE CM/ECF FILING SYSTEM TO FILE AND RESPOND TO MOTIONS IN THIS CASE (Doc. No. 221)
>
> **FILED:** June 13, 2023
>
> ---
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

Based on Plaintiff's representations, and given the lack of opposition by Defendant, Plaintiff's request to be permitted to use the CM/ECF filing system (Doc. No. 221) is **GRANTED**.  The Court will permit Plaintiff to file electronically

in this case, provided that Plaintiff complies with the Administrative Procedures for Electronic Filing.[1]  Plaintiff must also comply with all Local Rules, Federal Rules of Civil Procedure, and Court Orders.  Failure to comply may result in the removal of electronic filing privileges.  *See also* Doc. No. 12.

**DONE** and **ORDERED** in Orlando, Florida on June 14, 2023.

*Leslie Hoffman Price*
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

---

[1] The Administrative Procedures for Electronic Filing are available on the Court's website, https://www.flmd.uscourts.gov/, by selecting "Filing a Case."