### UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

RICHARD HALL,

        Plaintiff,

v.                                        Case No:   6:20-cv-1992-CEM-LHP

INSURANCE CORPORATION OF
BRITISH COLUMBIA,

        Defendant

_____

### ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

| |
|---|
| **MOTION:**  **DEFENDANT INSURANCE CORPORATION OF BRITISH COLUMBIA'S MOTION ON ENTITLEMENT TO ATTORNEY'S FEES AND COSTS (Doc. No. 336)**<br><br>**FILED:**    **August 26, 2024**<br><br>_____<br><br>**THEREON** it is **ORDERED** that the motion is **DENIED without prejudice**. |

On July 11, 2024, the Court entered an Order which, among other things, dismissed this case for lack of subject matter jurisdiction and found Defendant

entitled to an award of attorney's fees under Fla. Stat. § 772.104(3).   Doc. No. 332. The Court ordered Defendant to file a motion for quantification of the attorney fee award by August 26, 2024.   *Id.* at 47.   Now before the Court is Defendant's Motion for Entitlement to Attorney's Fees and Costs, which in substance relitigates the issue of entitlement and also seeks to quantify the attorney's fee award.   Doc. No. 336; *see also* Doc. No. 338.   The motion is silent as to Plaintiff's position on the request. Doc. No. 336; *see* Local Rule 3.01(g); *see also* Local Rule 7.01(c).   Since the Court's Order dismissing this case, but before Defendant filed the present motion, Plaintiff filed a Notice of Appeal.   Doc. No. 334.

Defendant's Motion (Doc. No. 336) has been referred to the undersigned. Upon review, however, the Motion is due to be denied without prejudice for failure to comply with Local Rules 3.01(g) and 7.01(c).   In addition, upon consideration, because determination of Plaintiff's appeal may affect consideration of the issue of attorney's fees, the undersigned finds it appropriate to await the outcome of the appeal before resolving the above-styled motion.   *See Morrison v. Amway Corp.*, No. 6:01-cv-0749-Orl-22JGG, 2003 WL 25570793, at *1 (M.D. Fla. Nov. 10, 2003) ("[T]he Court has discretion to deny a motion for attorney's fees without prejudice to refile after the appeal has concluded."); *see also, e.g., E-Z Dock, Inc. v. Snap Dock, LLC,* No. 2:21-cv-450-SPC-NPM, 2022 WL 19914347, at *2 (M.D. Fla. Oct. 24, 2022) (exercising discretion to defer resolution of attorney's fees until after resolution of appeal);

*Action Nissan, Inc. v. Hyundai Motor Am. & Genesis Motor Am.*, No. 6:18-cv-380-WWB-EJK, 2022 WL 17409415, at *1 (M.D. Fla. Feb. 7, 2022) (same); *Yellowpages Photos, Inc. v. YP, LLC*, No. 8:17-cv-764-T-36JSS, 2020 WL 6729719, at *2 (M.D. Fla. Oct. 29, 2020), *report and recommendation adopted*, 2020 WL 6728846 (M.D. Fla. Nov. 16, 2020) (same); *Truesdell v. Thomas*, No. 5:13-cv-552-Oc-10PRL, 2016 WL 7049252, at *3 (M.D. Fla. Dec. 5, 2016) (same).

Accordingly, Defendant's Motion for Entitlement to Attorney's Fees and Costs (Doc. No. 336) is **DENIED without prejudice** to filing a renewed motion, if appropriate, within **twenty-one (21) days** after issuance of the mandate by the Eleventh Circuit.  **Any renewed motion must fully comply with all applicable Local Rules and legal standards.**  *See* Local Rules 3.01(g), 7.01(c); *see also Norman v. Housing Auth. of City of Montgomery*, 836 F.2d 1292, 1299 (11th Cir. 1988).

**DONE** and **ORDERED** in Orlando, Florida on August 26, 2024.

_____

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties